1  TONY TAMBURELLO, SBN: 46037
   LAW OFFICE OF TONY TAMBURELLO
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:    (415) 431-4500
   Facsimile:(415) 255-8631
4  E-mail: ttduboce@mindspring.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO.  CR 11-00097-CRB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO WAIVE** |
| v.          ) | **DETENTION HEARING** |
| ) | |
| BINH TIEU, ET. AL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Pursuant to the Stipulation between Tony Tamburello, Attorney for Mr. Ding Lin, and Assistant United States Attorney, Aaron Wegner, the detention hearing presently scheduled before the Honorable Magistrate Joseph Spero, on March 23, 2011, at nine thirty a.m. is waived without prejudice.

   **STIPULATION TO WAIVE DETENTION HEARING**

RESPECTFULLY SUBMITTED,

Dated: March 22, 2011

/S/
TONY TAMBURELLO
Attorney for Defendant
TONY TAMBURELLO

/S)
AARON WEGNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/23/11

HONORABLE MAGISTRATE JOSEPH SPERO
UNITED STATES DISTRICT COURT

*Judge Joseph C. Spero*

**STIPULATION TO WAIVE DETENTION HEARING**

C:\Wp60\Wp60\FD\StipulationtoWaiveDetentionHearing.Lin.wpd